**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
YUNZHI GAO,

                     Plaintiff,

   -against-                                       20 **CIVIL** 7285 (JPO)

                                                               **JUDGMENT**

YONG YANG and EMPEROR AUTO, INC.,

                    Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 17, 2022, Defendants' motion to dismiss is GRANTED. Plaintiff's federal claim under the Exchange Act (Count One) is dismissed with prejudice; Plaintiff's remaining state law claims are dismissed without prejudice and may be refiled in state court; accordingly, the case is closed.

**Dated:**  New York, New York

       June 17, 2022

                                                        **RUBY J. KRAJICK**
                                                        _____
                                                         **Clerk of Court**
                                   **BY:**     *K. Mango*
                                                        _____
                                                         **Deputy Clerk**